**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk - St. Tammany Parish
   22nd Judicial District Court
   P.O. Box 1090
   Covington, LA 70434

9590 9402 4873 9032 5847 28

2. Article Number (Transfer from service label)

   7019 0140 0000 0680 8765

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Chris Lala, Deputy Clerk*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                12/2/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

